UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| CHANDLER WILCOX,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | No. SA CV 17-00224 JLS (KESx)<br><br><u>ORDER OF DISMISSAL WITH PREJUDICE</u> |

Based upon the Stipulation for Dismissal filed by the parties, IT IS HEREBY ORDERED that:

1. This action is dismissed in its entirety with prejudice; and
2. Each party shall bear their own costs, attorneys' fees and expenses.

Dated this 9th day of September, 2019.

JOSEPHINE L. STATON
_____
JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE

PRESENTED BY:

NICOLA T. HANNA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, General Civil Section

 /s/ *Marcus M. Kerner*
MARCUS M. KERNER
Assistant United States Attorney

Attorneys for Defendant
United States of America and
United States Postal Service